MCGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00111-WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| HASAN MCCAULIE, | DATE: December 7, 2020
TIME: 10 a.m.
COURT: Hon. William B. Shubb |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for hearing on defendant's planned Motion to Suppress on December 7, 2020.

2. By this stipulation, the government and the defendant now move to exclude time between October 19, 2020, and December 7, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, a body camera video, and criminal history records. All of this discovery has been either produced directly to counsel.

   b) Counsel for defendant desires additional time to review the discovery, prepare a

motion to suppress evidence, and to prepare for a hearing on the motion.

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 19, 2020 to December 7, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 19, 2020                               McGREGOR W. SCOTT
                                                              United States Attorney

                                                             /s/ VINCENZA RABENN
                                                            VINCENZA RABENN
                                                             Assistant United States Attorney

Dated:  October 19, 2020                               /s/ NOA OREN
                                                             NOA OREN
                                                             Counsel for Defendant
                                                             HASAN MCCAULIE

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: October 20, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE