UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-cr-111 WBS |
| Plaintiff, | |
| v. | ORDER |
| HASAN RASHEED MCCAULIE, | |
| Defendant. | |

----oo0oo----

Defendant has filed a motion to suppress set for hearing on December 7, 2020.  (Docket No. 17.)  Defendant's request, in the motion, for an evidentiary hearing is hereby GRANTED.  At the December 7, 2020 hearing, the parties shall be prepared to call any witnesses they wish to call in support of or in opposition to the motion to suppress.

IT IS SO ORDERED.

Dated:  November 30, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1