UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
December 3, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:20CR00111-WBS |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| HASAN RASHEED MCCAULIE, | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  HASAN RASHEED MCCAULIE ,

Case No. 2:20CR00111-WBS  Charge 18USC § 922(g) , from custody for the following reasons:

           Release on Personal Recognizance

           Bail Posted in the Sum of $

  xx   Unsecured Appearance Bond $  50,000.00

           Appearance Bond with 10% Deposit

           Appearance Bond with Surety

           Corporate Surety Bail Bond

  xx   (Other):  Conditions as stated on the record

Issued at Sacramento, California December 3, 2020 at 2:00 pm.

By: *Allison Claire*

Allison Claire, U.S. Magistrate Judge