McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00111-WBS |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| HASAN RASHEED MCAULE, | |
| Defendant. | DATE: December 9, 2020<br>TIME: 10 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this Court set this matter for an evidentiary hearing on defendant's motion to suppress on December 9, 2020.

2. By this stipulation, defendant and the government now move to continue the hearing until January 6, 2021 at 10:00 a.m., and to exclude time between December 9, 2020, and January 6, 2021 at 10:00 a.m., under 18 U.S.C. Section 3161(h)(1)(D) and (h)(2)(3)(A).

3. The parties agree and stipulate, and request that the Court find the following:

   a) Defendant filed a motion to suppress on October 28, 2020, and time has been excluded since that date by operation of 18 U.S.C. Section 3161(h)(1)(D).

   b) The defendant was released from federal custody and transferred into state

custody, and the defendant and the government require additional time to determine whether he will be released from state custody, or whether he can appear in Federal court while in state custody.

        c)      The defendant requires additional time to consult with his attorney, review discovery, investigate, and otherwise prepare for the evidentiary hearing on the motion to suppress, as well as review possible additional charges and negotiate a possible resolution.

        d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 9, 2020 to January 6, 2021 at 10:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D) and (h)(2)(3)(A).

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 8, 2020                         McGREGOR W. SCOTT
                                                  United States Attorney

                                                  /s/ VINCENZA RABENN
                                                  VINCENZA RABENN
                                                  Assistant United States Attorney

Dated: December 8, 2020                         /s/ NOA OREN
                                                  NOA OREN
                                                  Counsel for Defendant
                                                  HASAN RASHEED MCAULE

///

///

///

///

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: December 8, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE