HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
HASAN RASHEED McCAULIE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:20-cr-00111-WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO MODIFY SPECIAL CONDITION OF RELEASE** |
| v. | ) |
| HASAN RASHEED McCAULIE, | ) Judge: Hon. William B. Shubb |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant HASAN RASHEED McCAULIE, through their respective attorneys that the release conditions imposed on Mr. McCaulie on December 4, 2020 (Docket 29), will be modified as follows:

16. HOME INCARCERATION: You must remain inside your residence at all times except for medical needs or treatment; substance abuse testing; meetings with defense counsel; religious services; and court appearances pre-approved by the pretrial services officer. You are permitted to leave the residence on January 26, 2021 between 1:40-5:00 p.m. to take your grandmother to a hair appointment.

The proposed modification is supported by his Pretrial Services Officer.

All other conditions shall remain in force.

DATED: January 25, 2021          HEATHER E. WILLIAMS
                                 Federal Defender

                                 */s/ Noa E. Oren*
                                 NOA E. OREN
                                 Assistant Federal Defender
                                 Attorney for HASAN RASHEED McCAULIE

1 | DATED: January 25, 2021

McGREGOR SCOTT
United States Attorney

*/s/ Vincenza Rabenn*
VINCENZA RABENN
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The following release conditions imposed on Mr. McCaulie on December 4, 2020 (Docket 29), will be modified to remove:

16. HOME INCARCERATION: You must remain inside your residence at all times except for medical needs or treatment; substance abuse testing; meetings with defense counsel; religious services; and court appearances pre-approved by the pretrial services officer. You are permitted to leave the residence on January 26, 2021 between 1:40-5:00 p.m. to take your grandmother to a hair appointment.

All other conditions shall remain in force.

Dated: January 25, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE