HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Fax: (916) 498-5710
Noa_oren@fd.org

Attorneys for Defendant
HASAN RASHEED McCAULIE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HASAN RASHEED McCAULIE, <br><br> Defendant. | No. 2:20-cr-00111-WBS <br><br> **STIPULATION AND ORDER TO MODIFY SPECIAL CONDITION OF RELEASE** <br><br> Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant HASAN RASHEED McCAULIE, through their respective attorneys that the release conditions imposed on Mr. McCaulie on December 4, 2020 (Docket 29), will be modified as follows:

> 16. **HOME DETENTION:** You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf, **and with prior approval chores outside the home as needed weekly.**

The proposed modification is supported by his Pretrial Services Officer.  The amended conditions are attached as Exhibit A.

All other conditions shall remain in force.

*Remainder of page intentionally left blank. Signatures to follow.*

| | | |
|---|---|---|
| 1 | DATED: March 31, 2021 | HEATHER E. WILLIAMS |
| 2 | | Federal Defender |
| 3 | | /s/ Noa E. Oren |
| | | NOA E. OREN |
| 4 | | Assistant Federal Defender |
| 5 | | Attorney for HASAN RASHEED McCAULIE |
| 6 | DATED: March 31, 2021 | PHILLIP A. TALBERT |
| | | Acting United States Attorney |
| 7 | | |
| 8 | | /s/ Vincenza Rabenn |
| | | VINCENZA RABENN |
| 9 | | Assistant U.S. Attorney |
| | | Attorney for Plaintiff |

# O R D E R

The following release conditions imposed on Mr. McCaulie on December 4, 2020 (Docket 29), will be modified to remove:

> 16.   **HOME DETENTION:** You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf, **and with prior approval chores outside the home as needed weekly.**

All other conditions shall remain in force.

Dated:  March 31, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE