HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Fax: (916) 498-5710
Noa_oren@fd.org

Attorneys for Defendant
HASAN RASHEED McCAULIE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HASAN RASHEED McCAULIE,<br><br>Defendant. | No. 2:20-cr-00111-WBS<br><br>**STIPULATION AND ORDER TO MODIFY SPECIAL CONDITION OF RELEASE**<br><br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant HASAN RASHEED McCAULIE, through their respective attorneys that the release conditions imposed on Mr. McCaulie on March 31, 2021 (Docket 52), will be modified as follows:

    **14.**    *CURFEW:* You must remain inside your residence every day from 9:00 p.m. to 5:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

    The proposed modification is supported by his Pretrial Services Officer.  The amended conditions are attached as Exhibit A.

    All other conditions shall remain in force.

*Remainder of page intentionally left blank. Signatures to follow.*

Stipulation and [Proposed] Order to Modify
Special Condition of Release
-1-
*United States v. McCaulie*, 2:20-cr-00111-WBS

1

2   DATED: June 16, 2021              HEATHER E. WILLIAMS
                                      Federal Defender
3

4                                     /s/ Noa E. Oren
                                      NOA E. OREN
5                                     Assistant Federal Defender
                                      Attorney for HASAN RASHEED McCAULIE
6

7   DATED: June 16, 2021              PHILLIP A. TALBERT
                                      Acting United States Attorney
8

9                                     /s/ Alstyn Bennett
                                      ALSTYN BENNETT
10                                    Assistant U.S. Attorney
                                      Attorney for Plaintiff
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

The following release conditions imposed on Mr. McCaulie on March 31, 2021 (Docket 52), will be modified to remove:

**14.**     *CURFEW:* You must remain inside your residence every day from 9:00 p.m. to 5:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

All other conditions shall remain in force.

Dated:  June 16, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

## SECOND AMENDED SPECIAL CONDITIONS OF RELEASE
### Re: McCaulie, Hasan
### No.: 2:20-CR-00111-WBS-1
### Date: June 16, 2021

1.  You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2.  You must report telephonically to the Pretrial Services Agency on the first working day following your release from custody;

3.  You are released to the third-party custody of Taalia Hasan;

4.  You must reside with your custodian and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

5.  You must cooperate in the collection of a DNA sample;

6.  You must restrict your travel to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;

7.  You must not apply for or obtain a passport or any other travel documents during the pendency of this case;

8.  You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

9.  You must refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

10. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

11. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

12. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

Stipulation and [Proposed] Order to Modify
Special Condition of Release
-4-
*United States v. McCaulie*, 2:20-cr-00111-WBS

13. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; and

14. **CURFEW: You must remain inside your residence every day from 9:00pm to 5:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.**