IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HASAN RASHEED MCCAULIE,<br><br>Defendant. | CR NO: 2:20-CR-00111-WBS |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Hasan Rasheed McCaulie
Detained at: Martinez Detention Facility

Detainee is:
a.) ☒ charged in this district by: ☐ Indictment ☒ Information ☐ Complaint
charging detainee with: 18 U.S.C. § 922(g)
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: */s/ Alstyn Bennett*
Printed Name & Phone No: Alstyn Bennett, 916-639-2332
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: December 10, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | Booking No. CC21MS016 | DOB: | 4/26/1993 |
| Facility Address: | 901 Court St, Martinez, CA 94553 | Race: | Black |
| Facility Phone: | (925) 335-4600 | FBI#: | 799644NC0 |
| Currently | Martinez Detention Facility | | |

## RETURN OF SERVICE

Executed on: _____        _____
(signature)