HEATHER E. WILLIAMS, SBN 122664
Federal Defender
NOA OREN, SBN 297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710
Noa_oren@fd.org

Attorneys for Defendant
HASAN RASHEED McCAULIE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> HASAN RASHEED McCAULIE, <br><br> Defendant. | Case No. 2:20-cr-111-WBS <br><br> **WAIVER OF APPEARANCE FOR SENTENCING HEARING** <br><br> Date: March 14, 2022 <br> Time: 9:00 a.m. <br> Judge: Hon. William B. Shubb |

Under CARES Act § 15002(b), Mr. McCaulie, through his counsel of record, consents to proceed with his sentencing hearing via video-conference. Counsel has advised Mr. McCaulie of his right to appear in person for this hearing, as well as of his ability to waive his personal appearance and appear via video-teleconference. Mr. McCaulie waives his right to personally appear at his sentencing hearing on March 14, 2022.

Pursuant to Gen. Order 616, counsel for Mr. McCaulie signs this waiver on his behalf.

Dated: March 10, 2022          _/s/ Hasan Rasheed McCaulie_
                               HASAN RASHEED McCAULIE

I agree and consent to my Client's waiver of appearance.

Dated: March 10, 2022          _s/ Noa Oren_
                               NOA OREN
                               Assistant Federal Defender
                               Attorney for Defendant
                               HASAN RASHEED McCAULIE

Waiver of Appearance                    -1-                    *United States v. McCaulie,*
                                                                2:20-cr-00111-WBS

1     IT IS SO ORDERED.

2 Dated: March 11, 2022

                          WILLIAM B. SHUBB
                          UNITED STATES DISTRICT JUDGE