HEATHER E. WILLIAMS, SBN 122664
Federal Defender
NOA OREN, SBN 297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710
Noa_oren@fd.org

Attorneys for Defendant
HASAN RASHEED McCAULIE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HASAN RASHEED McCAULIE,<br><br>　　　　Defendant. | Case No.  2:20-CR-111-WBS<br><br>**WAIVER OF APPEARANCE FOR SENTENCING HEARING**<br><br>Date:　April 11, 2022<br>Time:　9:00 a.m.<br>Judge: Hon. William B. Shubb |

Under CARES Act § 15002(b), Mr. McCaulie, through his counsel of record, consents to proceed with his sentencing hearing via video-conference.  Counsel has advised Mr. McCaulie of his right to appear in person for this hearing, as well as of his ability to waive his personal appearance and appear via video-teleconference.  Mr. McCaulie waives his right to personally appear at his sentencing hearing on April 11, 2022.

Pursuant to Gen. Order 616, counsel for Mr. McCaulie signs this waiver on his behalf.

Dated: April 6, 2022　　　　　　　　　　*/s/ Hasan Rasheed McCaulie*
　　　　　　　　　　　　　　　　　　　　HASAN RASHEED McCAULIE

I agree and consent to my Client's waiver of appearance.

Dated:  April 6, 2022　　　　　　　　　　*s/ Noa Oren*
　　　　　　　　　　　　　　　　　　　　NOA OREN
　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　HASAN RASHEED McCAULIE

1  IT IS SO ORDERED.

2  Dated: April 6, 2022

                                        _____
3                                       WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE