1  PHILLIP A. TALBERT
   United States Attorney
2  ALSTYN BENNETT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8               IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  2:20-CR-00111-WBS

12              Plaintiff,               MOTION AND [PROPOSED] ORDER TO
                                         RECALL ARREST WARRANT
13        v.

14  HASAN RASHEED MCCAULIE,              DATE: October 19, 2022
                                         COURT: Hon. Jeremy D. Peterson
15              Defendants.

16

17       On September 24, 2021, Pretrial Services filed a violation petition as to Hasan McCaulie.  ECF

18  58.  The same day, the Court ordered a bench warrant be issued for McCaulie's arrest.  ECF 58.  On

19  January 14, 2022, McCaulie made an initial appearance on the pretrial release petition.  ECF 68.

20  Defendant's counsel requested a continuance for the detention hearing.  ECF 68.  On January 20, 2022,

21  the Court held a detention hearing and ordered McCaulie detained pending sentencing.  ECF 69.  The

22  arrest warrant previously issued on September 24, 2021 was never recalled.  McCaulie was sentenced to

23  46 months of imprisonment on April 11, 2022.  ECF 83.

24  / / /

25  / / /

26  / / /

27

28

1    Accordingly, the United States hereby requests that the Court issue an order recalling the

2    September 24, 2021 arrest warrant in Case No. 2:20-cr-00111-WBS.

3

4    Dated:  October 19, 2022                                    PHILLIP A. TALBERT
                                                                 United States Attorney
5

6                                                        By:    /s/ ALSTYN BENNETT
                                                               ALSTYN BENNETT
7                                                              Assistant United States Attorney

8

9

10                              **[PROPOSED]** FINDINGS AND ORDER

11    IT IS SO ORDERED this 19th day of October, 2022, that the arrest warrant previously issued on

12    September 24, 2021 be recalled.

13

14    _____
      HONORABLE JEREMY D. PETERSON
15    UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION AND [PROPOSED] ORDER TO RECALL ARREST                    2
WARRANT